UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION



FILED
AUG 04 2011
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. 11-50040-JLV |
| | ) | |
| Plaintiff, | ) | |
| | ) | INSTRUCTION ORDER |
| vs. | ) | |
| | ) | |
| CHARLES BLUE BIRD, | ) | |
| a/k/a "Hokie," | ) | |
| | ) | |
| Defendant. | ) | |

The court refuses plaintiff's and defendant's proposed jury instructions except as to those instructions included in whole or in part in the court's instructions.

Dated August ____, 2011.

BY THE COURT:

_____
JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE